IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| CHARLES J KORAN, | ) | NO.: 18-01903 |
| SUZANNE M KORAN, | ) | |
| | ) | CHAPTER 13 |
| Debtors, | ) | |
| | ) | JUDGE: JANET S. BAER |

## NOTICE OF MODIFICATION OF THE AUTOMATIC STAY
## DUE TO THE DEBTOR'S FAILURE TO COMPLY WITH COURT ORDER

PLEASE TAKE NOTICE that the Automatic Stay has been Modified. Relief is hereby granted as requested and U.S. Bank National Association is free to foreclose and pursue its rights on the property commonly known as 124 S Darby Ct, Bloomingdale, IL 60108 pursuant to the terms of the Order entered May 03, 2018 (attached hereto), Debtors having failed to comply with the provisions therein. A Notice of Default (attached hereto) in compliance with the requirements of the Order, was sent on September 19, 2018, and cure of the default was not made in the required time.

SPECIAL NOTICE TO THE TRUSTEE:
The Stay has been Modified, the Claim of this creditor is hereby withdrawn.  No further payments should be made pursuant thereto.

## NOTICE OF FILING

This Notice and the documents referred to therein were sent for filing with the Clerk of the United States Bankruptcy Court.

## CERTIFICATION

I, the undersigned, hereby certify that the documents attached hereto are true and correct copies of the original and that the date set forth in the Notice above is true and correct, and further certify that a copy of this notice was served to the addresses attached by electronic notice through ECF or depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Il 60602, on or before 5:00 p.m. on October 19, 2018.

McCalla Raymer Leibert Pierce, LLC

*/s/Toni Townsend*
Toni Townsend Illinois ARDC# 6289370
1 N. Dearborn Suite 1200
Chicago, IL  60602
(312) 346-9088
(312) 551-4400

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

## SERVICE LIST

To Trustee:                                          *by Electronic Notice through ECF*
Glenn B Stearns
801 Warrenville Road
Suite 650
Lisle, IL 60532


To Debtor:
Charles J Koran                                      *Served via U.S. Mail*
Suzanne M Koran
124 S Darby Ct
Bloomingdale, IL 60108


To Attorney:                                         *by Electronic Notice through ECF*
David H Cutler
Cutler & Associates, Ltd.
4131 Main Street
Skokie, IL 60076


McCalla Raymer Leibert Pierce, LLC
Attorney For: Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088
File No.

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

B18040004

| | |
|---|---|
| IN RE: | CASE NO. 18-01903 |
| | CHAPTER 13 |
| Charles J Koran;  Suzanne M Koran; | JUDGE Janet S Baer |
| | |
| Debtor(s). | |

### AGREED ORDER CONDITIONING THE AUTOMATIC STAY

On the motion of U.S. Bank National Association, secured creditor herein, for the entry of an order modifying the automatic stay to permit it to foreclose its mortgage on said real estate:

IT IS HEREBY ORDERED that the automatic stay in this case, as it applies to the interest of U.S. Bank National Association, its successors and/or assignees in the real property, commonly known as 124 South Darby Court, Bloomingdale, Illinois 60108, shall continue in effect under the following conditions:

1.  The debtor(s) shall make the following stipulation payments timely and directly to U.S. Bank National Association.  These payments include the 2/01/2018 to 4/01/2018 post-petition payments of $1,075.77 each, less funds tendered in court in the amount of $1,500.00, for a total post-petition default amount of $1,727.31.  If any of the following payments are not received by its due date or are returned NSF, the automatic stay shall be automatically modified to permit foreclosure, without further order of the Court, upon 14 days written notice to the debtor(s) and to the attorney for debtor(s), during which period the debtor(s) may cure the said default:

    a)  $287.88 due on or before the end of the month plus the 05/01/2018 regular payment.

    b)  $287.88 due on or before the end of the month plus the 06/01/2018 regular payment.

    c)  $287.88 due on or before the end of the month plus the 07/01/2018 regular payment.

    d)  $287.88 due on or before the end of the month plus the 08/01/2018 regular payment.

    e)  $287.88 due on or before the end of the month plus the 09/01/2018 regular payment.

    f)  $287.91 due on or before the end of the month plus the 10/01/2018 regular payment.

2.  The debtor(s) shall thereafter continue making timely post-petition mortgage payments as per the terms of the security agreements.

3.      If debtor(s) fall(s) two (2) months in default on any payment, as referred to in paragraphs 1
and 2, the automatic stay shall be automatically modified to permit foreclosure, without
further order of the Court, upon 14 days written notice to the debtor(s) and to the attorney
for debtor(s), during which period the debtor(s) may cure the said default. In the event
Debtor becomes delinquent after two (2) notices of default, then upon the third default the
Automatic Stay shall terminate as to the Movant without further recourse to this Court and
Movant shall be allowed to take any and all steps necessary to exercise any and all rights it
may have in the property commonly known as 124 South Darby Court, Bloomingdale,
Illinois 60108. Movant shall file a Notice of Termination with the Court in the event the
stay is terminated pursuant to this paragraph.

4.      In the event of a default, the Debtor(s) shall tender the required funds along with a $50.00
service fee, payable to U.S. Bank National Association, to the offices of Anselmo Lindberg
& Associates LLC at the address below. The payment must be made in the form of a
certified check, money order, or cashier's check. The $50.00 service fee will be collectible
against the Debtor(s), payable to either Creditor or its counsel pursuant to the terms of the
notice regarding the default. For purposes of determining when the stay is modified, the
stay shall be considered modified upon the expiration of the cure term when the Debtor(s)
fail to cure.

DATED:     5/2/18              ENTER:     Janet S. Baer

                                          _____
                                          Bankruptcy Judge

__/s/ Nisha B. Parikh_____
Attorney for Creditor

__/s/ Michelle E. Mandroiu_____
Attorney for Debtor(s)

ANSELMO LINDBERG & ASSOCIATES LLC
1771 W. Diehl Road, Suite 120
Naperville, IL 60563-4947
630-453-6960 | 866-402-8661 | 630-428-4620 (fax)
Attorney No. Cook 58852, DuPage 293191, Kane 031-26104,
Peoria 1794, Winnebago 3802, IL 03126232
Bankruptcy@AnselmoLindberg.com
**THIS LAW FIRM IS DEEMED TO BE A DEBT COLLECTOR.**

# National Bankruptcy Services, LLC



14841 Dallas Parkway, Suite 425  ◆  Dallas, Texas  75254  ◆  (972) 643-6600  ◆  (972) 643-6698 (Fax)

September 19, 2018

David H. Cutler
Cutler & Associates Ltd.
4131 MAIN ST
SKOKIE, IL  60076-2780

SENT REGULAR PRE-PAID AND CERTIFIED MAIL RRR# **7017 1450 0002 2331 6114**

|      |              |                                                    |
|------|--------------|----------------------------------------------------|
| RE:  | Creditor:    | U.S. Bank National Association                     |
|      | Debtor(s):   | Charles J. Koran and Suzanne M. Koran              |
|      | Case No.:    | 18-01903                                           |
|      | Loan No.:    | xxxxxx5053                                         |
|      | Alt. Ref. No.| xxxxx4819                                          |
|      | Our File No.:| 3212-N-8039                                        |
|      | Collateral:  | 124 S DARBY COURT, BLOOMINGDALE, Illinois  60108   |

### NOTICE OF DEFAULT

We are the authorized agent for the above-referenced secured creditor in this proceeding.

An Order was entered in the above-referenced bankruptcy proceeding. According to our client's records, non-compliance with the requirements of the Order has now occurred. Pursuant to the terms of that Order, we are providing our client's Notice of Default to you.

To cure the default, **$3,712.57** must be received in our office in the form of a cashier's check or money order made payable to U.S. Bank National Association no later than 5:00 p.m. on **October 3, 2018**. An additional three (3) days will be allowed for mailing time. The amount to be paid represents the following delinquent payments:

| | |
|---|---|
| **Total Due Per Agreed Order through September 19, 2018** | **$6,818.25** |
| **Total Received from Debtor(s) through September 19, 2018** | **$3,105.68** |
| **Total Past Due through September 19, 2018** | **$3,712.57** |

If you possess evidence which demonstrates that our client has received the delinquent payments noted above, please contact your attorney.

Our office address is: 14841 Dallas Parkway, Suite 425, Dallas, Texas 75254.

In the event the default is not cured within the time frame provided above, with an additional three (3) days allowed for mailing time, we shall complete any remaining pre-conditions that may exist to obtain relief from the automatic stay, and thereafter our client shall consider the stay terminated and shall be free to pursue its contractual and statutory rights, including, but not limited to the initiation of foreclosure proceedings of the above-referenced collateral.

This letter is an attempt to collect a debt and any information obtained will be used for that purpose.

**\*\*Reminder:**     The <u>October 1, 2018</u>, regular payment of **$1,075.77** and the arrearage payment of **$287.91** is / are due on or before October 31, 2018, or will be past due

Very truly yours,

Braden P. Barnes
LynAlise K. Tannery
Shelly K. Terrill
Chandra D. Pryor

cc:     Trustee
        Glenn B. Stearns
        801 Warrenville Road, Suite 650
        Lisle, Illinois 60532

        Debtor
        Charles Koran
        124 S Darby Ct
        Bloomingdale, IL 60108-1573
        SENT REGULAR PRE-PAID AND CERTIFIED MAIL RRR# <u>7017 1450 0002 2331 6121</u>

        Debtor
        Suzanne Koran
        124 S Darby Ct
        Bloomingdale, IL 60108-1573
        SENT REGULAR PRE-PAID AND CERTIFIED MAIL RRR# <u>7017 1450 0002 2331 6138</u>

        Debtor's Attorney
        David H. Cutler
        Cutler & Associates Ltd.
        4131 MAIN ST
        SKOKIE, IL  60076-2780

        U.S. Bank National Association
        4801 Frederica Street
        Owensboro, Kentucky 42301

| | |
|---|---|
| Creditor: | U.S. Bank National Association |
| Debtor: | Charles J Koran & Suzanne M Koran |
| Case No.: | 18-01903 |
| Loan No.: | 5053 |
| Our File No.: | |
| Collateral: | 124 S DARBY CT BLOOMINGDALE IL 60108 |

## PAYMENTS RECEIVED

| | |
|---|---|
| Loan Status as of: | 9/18/18 |
| Agreed Order Entry Date: | 5/2/2018 |

### Agreed Order Terms

| | |
|---|---|
| Paid Thru Plan? | |
| Paid By Lump Sum? | |
| Paid Thru Stip Payments? | Yes |

| Stip Payment/Lump Sum Due Date: | Stip Pmt Amount Due: |
|---|---|
| 5/1/2018 | $287.88 |
| 6/1/2018 | $287.88 |
| 7/1/2018 | $287.88 |
| 8/1/2018 | $287.88 |
| 9/1/2018 | $287.88 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total Stip Pmt Due: | $1,439.40 |
| Total Agreed Order Delinquency: | $863.64 |
| Total Post Petition Delinquency: | $2,848.93 |
| Attorney Fees NOD/DRA: | $0.00 |
| Total Delinquency: | $3,712.57 |

### A/O Stip Payments

| Date Received | Amount Received |
|---|---|
| 05/11/2018 | 287.88 |
| 06/29/2018 | 287.88 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total Paid | $575.76 |