UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 18-01903 |
| | ) | |
| CHARLES J. KORAN | ) | Chapter: 13 |
| SUZANNE M. KORAN | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

## ORDER MODIFYING THE AUTOMATIC STAY

This cause, coming on to be heard pursuant to the Motion of Springbrook Villas Property Owners Association to modify the automatic stay, or in the alternative, to dismiss the Debtor's Chapter 13 Bankruptcy, Springbrook Villas Property Owners Association appearing by counsel, Ronald J. Kapustka of Kovitz Shifrin Nesbit, and the Court, being duly advised in the premises:

NOW ORDERS:

1. The Motion of Springbrook Villas Property Owners Association to Modify the Automatic Stay is hereby granted.

2. Springbrook Villas Property Owners Association is hereby permitted to proceed with its eviction action in respect to the property commonly known as 124 S. Darby Court, Bloomingdale, Illinois to file its lien on the property and to collect assessments against the Debtor pre and post-petition.

3. Rule 4001 (a) (3) is not applicable, and the effect of this order is not stayed.

Enter:

/s/ Janet S. Baer

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: September 20, 2019

**Prepared by:**

Ronald J. Kapustka, Kovitz Shifrin Nesbit
175 North Archer Ave., Mundelein, IL 60060
Tel. (847) 537-0500 / Fax (847) 537-0550
rkapustka@ksnlaw.com; ndaily@ksnlaw.com
ARDC No. 6203095 / KSN FILE (CSPR004-61009)